UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YOEL GOLDMAN and ALL YEAR HOLDINGS :
LIMITED, :
 :
 : **NOTICE OF MOTION**
        Plaintiffs, :
 : Case No. 21-01028 (AD)
        v. :
 :
GRAND LIVING II, LLC :
 :
        Defendant. :
------------------------------------------------------------x

    PLEASES TAKE NOTICE that upon the attached Motion and accompanying Memorandum of Law, Plaintiff will move the Honorable Ann Donnelly, U.S.D.J., in Room 4GN, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be determined, for an order pursuant to 28 U.S.C. §§ 1447(c) and 1452(b) granting Plaintiffs' Motion for Remand seeking to remand this action to the Supreme Court of the State of New York, County of Kings.

Dated:  New York, New York
       March 29, 2021

                                            **BLANK ROME LLP**

                                            By: */s/ Stephen E. Tisman*
                                                Stephen E. Tisman
                                                Craig M. Flanders
                                                Rick Antonoff
                                                1271 Avenue of the Americas
                                                New York, New York 10020
                                                (212) 885-5000

                                                *Attorneys for Plaintiffs Yoel Goldman*
                                                *and All Year Holdings Ltd.*