```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
YOEL GOLDMAN and ALL YEAR HOLDINGS    :
LIMITED,                              :
                                      :    Case No. 21-01028 (AD)
            Plaintiffs,               :
                                      :
      v.                              :
                                      :
GRAND LIVING II, LLC                  :
                                      :
            Defendant.                :
---------------------------------------------------------------x
```

## ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND

Upon timely motion, dated March 29, 2021 (the "Motion") of Plaintiffs Yoel Goldman and All Year Holdings Limited ("Movants") for remand to the Supreme Court of the State of New York, County of Kings (the "State Court"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and venue being proper before this court pursuant to 28 U.S.C. §§ 1447 and 1452; and due and proper notice of the Motion having been provided to the parties affected thereby, and it appearing that no other or further notice need by provided; and the Court having reviewed the Motion; and the Court having held a hearing on the Motion on _____, 2021; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and all objections to the Motion having been withdrawn or overruled on the merits; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion be, and hereby is, granted as set forth herein, and it is further

ORDERED, that the State Court Action (as defined in the Motion) is remanded to the State Court, and it is further

ORDERED, that the clerk of the court shall transfer the State Court Action to the State Court, and it is further

ORDERED, that pursuant to 28 U.S.C. § 1447(c), Defendant is directed to pay Plaintiffs' just costs and actual expenses, including attorney fees, incurred as a result of Defendant's removal; if the parties are unable to agree on the amount payable, Plaintiff may submit an application to this Court to determine the amount of such payment.

Dated: Brooklyn, New York
_____ \_\_\_, 2021

_____
District Judge